IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>CREDITO REAL USA FINANCE LLC,<br><br>                    Defendant. | Case No. 23-cv-3005 (JSR)<br><br>**NOTION OF MOTION** |

PLEASE TAKE NOTICE that Plaintiff Prospect Capital Corporation ("Plaintiff"), pursuant to Sections E and F of this Court's Civil Case Management Plan (ECF No. 12), upon the forthcoming Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, the forthcoming Local Rule 56.1 Statement of Plaintiff, the forthcoming Declaration of Adam Burton, and the exhibits annexed thereto, each to be served and filed by September 7, 2023 (ECF 8/24/2023 Minute Entry), hereby moves this Court, before the Hon. Jed S. Rakoff, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 14B, on October 10, 2023, at 4:00pm (the date and time, respectively, scheduled by this Court for oral argument) for an Order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in Plaintiff's favor on Count I of Plaintiff's Complaint (ECF No. 1), consisting of an award of damages to Plaintiff in the amount of $157,795.30 plus pre-judgment interest from August 1, 2022 through the date of such Order and such other and further relief as the Court deems just and proper, against Defendant Credito Real USA Finance, LLC ("Defendant").

PLEASE TAKE FURTHER NOTICE that any answering papers by Defendant are to be served and filed by September 19, 2023 and any reply papers by Plaintiff are to be served and filed by September 29, 2023 (ECF No. 12), unless modified by order of this Court (ECF 8/24/2023 Minute Entry).

Dated: New York, New York
August 24, 2023

        By: \_\_/s/ Jonathan J. Li_____
            Jonathan J. Li, Esq.
            Adam Burton, Esq.
            10 East 40th Street, 45th Floor
            New York, New York 10016
            (646) 845-6060
            jli@prospectstreet.com
            aburton@prospectstreet.com

            *Counsel for Plaintiff Prospect Capital Corporation*