UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>-v-<br><br>CREDITO REAL USA FINANCE LLC,<br><br>    Defendant. | 23-cv-3005 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On August 28, 2023, defendant, Credito Real USA Finance LLC, moved to disqualify Prospect Administration LLC and Jonathan Li from representing plaintiff, Prospect Capital Corporation. Upon consideration of the parties' written submissions, the Court hereby denies defendant's motion. An opinion explaining the reasons for this decision will follow in due course.

SO ORDERED.

Dated:   New York, NY

        September 6, 2023        JED S. RAKOFF, U.S.D.J.