UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>CREDITO REAL USA FINANCE LLC,<br><br>Defendant. | 23-cv-3005 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On September 7, 2023, plaintiff, Prospect Capital Corporation, and defendant, Credito Real USA Finance LLC, cross-moved for summary judgment on plaintiff's breach of contract claim. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants plaintiff's motion for summary judgment and denies defendant's motion for summary judgment. An opinion explaining the reasons for this decision will follow in due course, at which time judgment will be entered.

The Clerk of Court is respectfully directed to close entry numbers 16 and 17.

SO ORDERED.

Dated:   New York, NY

October 25, 2023

JED S. RAKOFF, U.S.D.J.

1