**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PROSPECT CAPITAL CORPORATION

                Plaintiff,                23 **CIVIL** 3005 (JSR)

       -against-                            **JUDGMENT**

CREDITO REAL USA FINANCE LLC.,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 14, 2023, the Court hereby reconfirms its "bottom-line" order granting summary judgment to plaintiff and denying defendant's motion for summary judgment. Defendant is liable to plaintiff for $157,795.30, plus prejudgment interest to be calculated by the Clerk of the Court of 9% per annum beginning on August 1, 2022, for $150,000 of the damages amounting to $17, 383.56 in interest, and 9% per annum beginning on February 9, 2023, for $7,795.30 of the damages amounting to $534.35 in interest. See N.Y. C.P.L.R. § 5001(c). Accordingly, the case is closed.

**Dated:** New York, New York
         November 14, 2023

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                 **BY:**
                                                               **Deputy Clerk**